UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Antonio Salazar, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-12-3374 |
| Bureau Veritas North America, Inc., | § § | |
| Defendant. | § § | |

## Final Dismissal

1. Having been advised that a settlement has been reached between counsel, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on June 17, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge